United States District Court
Eastern District of Michigan

Ernesto Fabian Cuevas-Enciso, Gaston Duran-Rojas, Mithan Singh, Jose Samuel Pacheco-Ascencio, and Jairo Beltran-Ardon,

    Petitioner,

v.

Kevin Raycraft, Acting Director of Immigration Customs Enforcement and Removal Operations, Detroit Field Office; et al.,

    Respondents.

Civil No. 25-14051

Honorable Jonathan J.C. Grey

## Stipulated Order Transferring the Claims of Petitioners Cuevas-Enciso, Pacheco-Ascencio, and Beltran-Ardon to the Western District of Michigan

The parties dispute whether the Eastern District of Michigan has jurisdiction over the claims of the petitioners detained in the Western District of Michigan—Ernesto Fabian Cuevas-Enciso, Samuel Pacheco-Ascencio, and Jairo Beltran, but both parties agree that the Western District of Michigan has jurisdiction over those claims. In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of the claims of the petitioners detained in the Western District of Michigan to that

district. The claims of the petitioners detained in this district—Gaston Duran-Rojas and Mithan Singh—shall remain in this district. Accordingly,

**IT IS HEREBY ORDERED** that the claims by petitioners Ernesto Fabian Cuevas-Enciso, Samuel Pacheco-Ascencio, and Jairo Beltran-Ardon, be transferred to the Western District of Michigan.

This not a final order and does not end the case.

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

Dated: December 29, 2025

**Stipulated and Agreed to By:**

| | |
|---|---|
| Mann Law Group, P.C. | Jerome F. Gorgon<br>United States Attorney |
| */s/ George P. Mann*<br>George P. Mann (P24888)<br>33505 Fourteen Mile Rd.<br>Suite 20<br>Farmington Hills, Michigan 48331<br>(248) 932-0990 | */s/ Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Attorneys for Petitioner*<br>Dated: December 29, 2025 | *Attorneys for Respondents*<br>Dated: December 29, 2025 |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 29, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager